In the Matter of the Claim of SAMUEL HUDAK against ERIE RAILROAD COMPANY, Respondent.

STATE INDUSTRIAL BOARD, Appellant.

(Argued October 1, 1929; decided October 15, 1929.)

*Hamilton Ward, Attorney-General (E. C. Aiken* of counsel), for appellant.

*Edward B. Horning* for respondent.

Order affirmed, with costs against the State Industrial Board; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.